Order filed July 18, 2013



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00011-CV

_____

## M&M ELEVATOR COMPANY, LTD., Appellant

## V.

## OILFIELD FISHING & RENTAL, L.L.C., Appellee

**On Appeal from the 244th District Court**
**Ector County, Texas**
**Trial Court Cause No. C-128,532-C**

## O R D E R

On May 23, 2013, this court issued an opinion and judgment dismissing this appeal on the basis that it did not appear that the trial court had entered a final, appealable judgment. This court had previously issued an abatement order on March 21, 2013, explaining why the trial court's order was not final and appealable and why we did not have jurisdiction over the appeal absent a final, appealable judgment. We abated the appeal so that a final judgment could be rendered. We also informed the parties as follows: "If a final, appealable judgment has not been entered by April 15, 2013, this court may dismiss this appeal." We subsequently

dismissed the appeal on May 23, 2013, because neither the district clerk nor the parties had furnished this court with a final judgment rendered by the trial court by that date.

Appellant, M&M Elevator Company, Ltd., has now filed an unopposed motion for rehearing requesting that this appeal be reinstated on the basis that the trial court subsequently entered a final, appealable judgment. Appellant has attached a copy of an Order of Non-Suit entered by the trial court on April 22, 2013. As per the terms of our abatement order entered on March 21, 2013, the Order of Non-Suit renders the trial court's judgment final and appealable as of April 22, 2013. Thus, a final, appealable judgment had been rendered by the trial court prior to the issuance of our opinion and judgment on May 23, 2013, dismissing the appeal. Accordingly, Appellant's unopposed motion for rehearing is granted. We withdraw our opinion and judgment dated May 23, 2013, and reinstate this appeal as of the date of this order.

The trial court clerk is directed to file in this court on or before August 8, 2013, a supplemental clerk's record containing the trial court's Order of Non-Suit entered on April 22, 2013.

PER CURIAM

July 18, 2013

Panel consists of: Wright, C.J.,
McCall, J., and Hill, J.[1]

Willson, J., not participating.

---

[1] John G. Hill, Former Chief Justice, Court of Appeals, 2nd District of Texas at Fort Worth, sitting by assignment.